# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VINCENT C. ALLNET, SR.

NO. 2024 KW 0924

**NOVEMBER 4, 2024**

---

In Re: Vincent C. Allnet, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 80683-1.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction . . . of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT